THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SHANNON LAMONT DANIELS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action |
| | : | No. 3:11-cv-45 (CAR) |
| SAMUEL D. OZBURN et al., | : | |
| Defendants. | : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to dismiss all of Plaintiff's claims except his claim against Defendants Walton County and Major Wade Harris for unlawful interference with his outgoing mail. Plaintiff has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of Plaintiff's Complaint, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. All of Plaintiff's claims *except* his claim for unlawful interference with his mail against Defendants Walton County and Major Wade Harris are hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2).

It is SO ORDERED this 30th day of June, 2011

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH