IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **SHANNON LAMONT DANIELS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. |
| v. | : | 3:11-cv-45 (CAR) |
| | : | |
| **WADE HARRIS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

ORDER ON THE RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation [Doc. 28] of the United States Magistrate Judge that Defendants' Motion for Summary Judgment be granted. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.** Defendants' Motion for Summary Judgment [Doc. 24] is **GRANTED.**

SO ORDERED, this 7th day of September, 2012.

S/  C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES